655 A.2d 914

IN THE MATTER OF JEROME T. WILLIAMS, AN ATTORNEY AT LAW.

March 23, 1995.

## ORDER

The Disciplinary Review Board having filed a report with the Court recommending that **JEROME T. WILLIAMS** of **PASSA-IC**, who was admitted to the bar of this State in 1979, be reprimanded for violating *RPC* 1.1(a) (gross neglect) and *RPC* 1.3 (lack of diligence), and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted and **JEROME T. WILLIAMS** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.